[No. 26859-1-II.   Division Two.   September 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK REED NORDLUND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-03147-6, Bruce W. Cohoe, J., entered December 15, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 26885-0-II.   Division Two.   September 13, 2002.]

FRED J. CRISS, ET AL., *Appellants*, v. HERBERT W. EHRSAM, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-2-05168-1, Edwin L. Poyfair, J., entered December 15, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 26963-5-II.   Division Two.   September 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEJANDRO CRUZ-ARIAS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 00-1-00534-5, F. Mark McCauley, J., entered January 12, 2001. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Bridgewater, JJ.

[No. 26986-4-II.   Division Two.   September 13, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIJAH J. THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-1-00357-5, Jay B. Roof, J., entered January 29, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.